# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANKLIN J. SALCEDO, | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| V. | ) | CIVIL NO. 2:18-CV-92-DBH |
| | ) | |
| WILLIAM KING, *York County Jail Sheriff*, ET AL., | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 11, 2018, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Screening Complaint Pursuant to 28 U.S.C. §§ 1915(e), 1915A. The plaintiff filed an objection to the Recommended Decision on April 23, 2018, but the contents of the objection provide no ground adequate to reject the Recommended Decision. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** to the plaintiff's ability to assert his state law claim in state court and/or to assert an actionable federal claim within this Court's jurisdiction.

**SO ORDERED.**

**DATED THIS 8TH DAY OF MAY, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**